IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

In re:                                 :
                                       :
NYDIA C. CARABALLO WALKER,             :      Case No. 06-00639 (GAC)
                                       :
         Debtor                        :      Chapter 7
                                       :
_____:

ORDER

The debtor filed a voluntary petition under Chapter 13 on March 11, 2006 and subsequently voluntarily converted to Chapter 7. On September 18, 2006, the debtor filed a motion indicating that she had moved to Kissimmee, Florida and requesting the transfer of her case to Florida.

Debtor's counsel has filed an application for attorney's fees in the amount of $1,305.00, of which $300 has been paid. Upon due consideration, the Court will allow the $300 paid and additional attorney's fees in the amount of $700, for a total fee award of $1,000.

WHEREFORE IT IS ORDERED that the application for attorney's fees, filed by debtor's counsel, Rodolfo R. Hernandez Ramos, is allowed in the total amount of $1,000.

IT IS FURTHER ORDERED that this case is hereby transferred to the United States Bankruptcy Court for the Middle District of Florida, Orlando Division.

SO ORDERED.

San Juan, Puerto Rico, this 27th day of September, 2006.

s/Gerardo A. Carlo

_____
GERARDO A. CARLO
U.S. BANKRUPTCY JUDGE